UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLOSED CIVIL CASE**

Case No. 10-23948-CIV-GRAHAM/TORRES

PETROS ARAKELIAN,

    Plaintiff,

vs.

VAN RU CREDIT CORP.,

    Defendant.
_____/

ORDER

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice [D.E. 4].

**THE COURT** has reviewed the notice, the pertinent portions of the record and is otherwise fully advised in the premises. Based thereon, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED with PREJUDICE.** It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending motions are **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of December, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record